## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| JERMAINE ANDRO BROWN, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION No. 5:17-cv-00223-MTT-CHW |
| Warden ROBERT ADAMS, Jr., | ) |
| Respondent. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting Defendant's Motion to Dismiss (Doc. 13) Petitioner Jermaine Andro Brown's application for habeas relief under 28 U.S.C. § 2254 (Doc. 1). Doc. 19. Brown has objected to the recommendation. Doc. 23. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered Brown's objection and conducted a de novo review of the recommendation. The Court accepts the proposed findings, conclusions, and recommendations of the Magistrate Judge. The recommendation (Doc. 19) is **ADOPTED** and made the order of the Court. Accordingly, the defendant's Motion to Dismiss is **GRANTED**.

The Magistrate Judge also recommends the Court deny a certificate of appealability. Doc. 19 at 4. That recommendation is also **ADOPTED** and made the order of the Court. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 17th day of September, 2018.

                                                     S/ Marc T. Treadwell
                                                     MARC T. TREADWELL, JUDGE
                                                     UNITED STATES DISTRICT COURT